GENOVA & MALIN
Attorneys for the Debtor(s)
Hampton Business Center
1136 Route 9
Wappingers Falls, New York  12590
(845) 298-1600
Andrea B. Malin, Esq. (AM4424)
Michelle L. Trier, Esq. (MT1212)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:                                                                                     CHAPTER 7

DAVISON F. MOORE,                                                          CASE NO. 19-35714 (CGM)

          Debtor(s)                                                           AMENDMENT OF
                                                                     SCHEDULE  F
-----------------------------------------------------------X

      The above named debtor(s) represent that an Order for Relief was entered on April 29, 2019, and that the schedules of debts and property have been duly filed with the petition herein; that said schedules or debts and property are hereby amended by adding to Schedule F, the following creditors, their addresses, when and where debt contracted, amount of claim, and showing whether secured or unsecured:

| NAME AND ADDRESS | AMOUNT OF CLAIM | SECURED OR UNSECURED |
|---|---|---|
| Crate & Barrel<br>Attn: President<br>1250 Techny Road<br>Northbrook, IL 60062 | $641.40 | Unsecured<br>(Acct end #0314) |

DECLARATION

I (we), DAVISON F. MOORE, certify under penalty of perjury that I(we) have read the foregoing amended schedules consisting of 1 page(s), and that they are true and correct to the best of my(our) knowledge, information and belief.

/s/ Davison F. Moore
DAVISON F. MOORE

PETITIONER

Executed on: July 17, 2019

---

## CERTIFICATION OF SERVICE

I, Michelle L. Trier, do hereby certify that on the 18th day of July, 2019, a copy of the notice of first meeting of creditors was served upon the additional creditor being listed on this amendment to the address shown.

Dated: July 18 2019

/s/ Michelle L. Trier
MICHELLE L. TRIER